**Order filed December 07, 2018**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-17-00434-CV
_____

### IN THE INTEREST OF Z.Q.N., A MINOR CHILD, Appellant

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-14463**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Amicus Exhibit 5, a USB Flashdrive containing Facebook videos.**

The clerk of the 309th District Court is directed to deliver to the Clerk of this court the original of Amicus Exhibit 5, a USB Flashdrive containing Facebook videos, on or before **December 17, 2018.** The Clerk of this court is directed to

receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Amicus Exhibit 5, a USB Flashdrive containing Facebook videos, to the clerk of the 309th District Court.

PER CURIAM